UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CHARLES SCOTT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:21-cv-493-KOB-GMB |
| LT. MCKENSIE, *et al.*, | ) |
| Defendants. | ) |

### **ORDER**

The Magistrate Judge entered a report on April 13, 2021, recommending that the court transfer this action to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. §1404(a). (Doc. 3).  Although the Magistrate Judge advised the plaintiff of his right to file specific written objections within fourteen days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the Magistrate Judge's report and ACCEPTS his recommendation.  Accordingly, the court TRANSFERS the *pro se* complaint filed pursuant to 42 U.S.C. § 1983 in the above-styled cause to the United States District Court for the Southern District of Alabama.

The court DIRECTS the Clerk to mail a copy of this Order to Plaintiff.

DONE and ORDERED this 6th day of May, 2021.

*Karon O. Bowdre*
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE